IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| EARNEST LEE GLOVER, JR., a/k/a Ernest Lee Glover, Jr., § § § Petitioner, § § v. § § LORIE DAVIS, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | 2:15-CV-250 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On May 19, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. On June 9, 2017, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. Petitioner continues to misconstrue various provisions of state statute, state constitution and state case law addressing direct appeal, collateral review, and instances where collateral review is granted and relief from a conviction or sentence is actually afforded pursuant to state habeas corpus provisions. Petitioner's reliance on such provisions is misplaced. The Court finds no irregularities in the state habeas proceedings, much less any irregularities affecting the validity of petitioner's convictions or sentences or the constitutionality of his

confinement. Petitioner's state convictions and sentences remain final, intact and enforceable.

The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the petition for a writ of habeas corpus is DENIED.

IT IS SO ORDERED.

ENTERED this __20th__ day of _____June_____ 2017.


                                              s/ Mary Lou Robinson
                                              MARY LOU ROBINSON
                                              UNITED STATES DISTRICT JUDGE